# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 2:07-CR-0183-RLH-LRL |
| vs. | ) | **O R D E R** |
| ALFRED EMMANUEL CLARK, | ) | |
| Defendant. | ) | |

      Before this Court is the Report and Recommendation of United States Magistrate Judge (#30, filed June 2, 2008), entered by the Honorable Lawrence R. Leavitt, regarding Defendant's Motion to Suppress Evidence (#20). No objection was filed to Magistrate Judge Leavitt's Report and Recommendation, in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada and the matter was submitted for consideration.

      The court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report and Recommendation of Magistrate Judge Leavitt should be accepted and adopted.

      IT IS THEREFORE ORDERED that Magistrate Judge's Report and Recommendation (#30, entered June 2, 2008) is AFFIRMED and ADOPTED, and Defendant's Motion to Suppress Evidence (#20) is denied.

      Dated:   July 10, 2008.

_____
**ROGER L. HUNT**
**Chief U.S. District Judge**